IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMERS NEW WORLD INSURANCE COMPANY, | CASE NO. CV-F-04-5471 LJO |
| Plaintiff, | ORDER VACATING HEARING |
| vs. | |
| PILAR CARBAJAL, et al., | |
| Defendants. | |

Counsel have informed this Court that settlement was reached.  Pursuant to this Court's Local Rule 16-160, this Court ORDERS that dispositive documents be submitted no later than October 7, 2005.

**All court dates**, including the November 30, 2005 pretrial conference and the June 12, 2006 trial, and any other pending matters in this action are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.  *See* Local Rule 16-160 and 16-272.

**IT IS SO ORDERED.**

**Dated:   September 26, 2005**          /s/ Lawrence J. O'Neill
**b9ed48**                              **UNITED STATES MAGISTRATE JUDGE**

1