MARGIE R. LARIVIERE (SBN 172975)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Telephone: (415) 951-0535
Facsimile (415) 391-7808

Attorneys for Plaintiff
FARMERS NEW WORLD LIFE INSURANCE COMPANY

ROBERT GRAY WILLIAMS (SBN 068033)
PEREZ, WILLIAMS & MEDINA
1432 Divisadero
Fresno, CA 93721
Telephone: (559) 445-0123
Facsimile: (559) 445-1753

Attorneys for Defendant
PILAR CARBAJAL

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>PILAR CARBAJAL, MARISELA CARBAJAL and DOES 1 through 5,<br><br>            Defendant. | CASE NO. CIV. F-04-5471 LJO<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER THEREON**<br><br>Trial Date: January 10, 2006<br><br>Magistrate Judge Lawrence J. O'Neill |

STIPULATION TO DISMISS ACTION WITH PREJUDICE        CASE NO. CIV. F-04-5471 LJO

1  The parties to the above-entitled action, Plaintiff Farmers New World Life Insurance
2  Company ("Farmers") and defendant Pilar Carbajal ("Pilar"), through their respective attorneys of
3  records, hereby stipulate that the above captioned action shall be dismissed with prejudice based on
4  the settlement agreement reached by the parties, each party to bear its own attorneys' fees and costs.
5  **IT IS SO STIPULATED.**

Respectfully submitted,

KELLY, HERLIHY & KLEIN LLP

9  Dated: September ___, 2005          By_____/s/_____
                                         Margie R. Lariviere
                                         Attorneys for Plaintiff
                                         FARMERS NEW WORLD LIFE
                                         INSURANCE COMPANY

PEREZ, WILLIAMS & MEDINA

15  Dated: September ___, 2005         By_____/s/_____
                                         Robert Gray Williams
                                         Attorney for Defendant
                                         PILAR CARBAJAL

E:\24052\P15 IT IS SO ORDERED.

**Dated:   October 3, 2005**          **/s/ Lawrence J. O'Neill**
b9ed48                                 UNITED STATES MAGISTRATE JUDGE

- 2 -

STIPULATION TO DISMISS ACTION WITH PREJUDICE
CASE NO. CIV. F-04-5471 LJO